# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:11 CV 07

| | |
|---|---|
| ROBERT GUNKEL and wife, ) <br> KIMBERLY GUNKEL, ) <br> ) <br> Plaintiffs ) <br> ) <br> V ) <br> ) <br> ROBBINSVILLE CUSTOM MOLDING, ) <br> INC., a/d/b/a ROBBINSVILLE CUSTOM ) <br> MOLDING and JOHN GARLAND, ) <br> ) <br> Defendants ) | **ORDER** |

**THIS MATTER** is before the court on James W. Middleton's application for Admission to Practice *Pro Hac Vice* of Thomas H. Asselin. It appearing that Thomas H. Asselin is a member in good standing with the Georgia Bar and will be appearing with James W. Middleton., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James W. Middleton's Application for Admission to Practice *Pro Hac Vice* (#10) of Thomas H. Asselin is **GRANTED**, and that Thomas H. Asselin is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James W. Middleton.

Signed: March 30, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge