IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11cv07

| | | |
|---|---|---|
| ROBERT GUNKEL and wife, KIMBERLY GUNKEL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| ROBBINSVILLE CUSTOM MOLDING, INC. a/d/b/a ROBBINSVILLE CUSTOM MOULDING, and JOHN GARLAND | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Pending before the Court is the Joint Motion to Modify Pretrial Order and Case Management Plan [# 21]. The parties jointly move to amend the Pretrial Order. After consultation with the District Court and the parties, and for good cause shown, the Court **GRANTS** the motion [# 21]. The Court extends the deadlines for discovery, mediation and dispositive motions by ninety (90) days. The parties shall disclose any expert witnesses by February 1, 2012. Finally, the Court **RESETS** the trial in this case for the civil trial term beginning August 6, 2012.

-1-

Signed: November 30, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge