IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11cv07

| | |
|---|---|
| ROBERT GUNKEL and wife, )<br>KIMBERLY GUNKEL, )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>ROBBINSVILLE CUSTOM )<br>MOLDING, INC. a/d/b/a )<br>ROBBINSVILLE CUSTOM )<br>MOULDING, and JOHN GARLAND )<br> )<br>    Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is the Joint Motion to Modify Pretrial Order and Case Management Plan [# 21]. The parties jointly move to amend the Pretrial Order. After consultation with the District Court and the parties, and for good cause shown, the Court **GRANTS** the motion [# 21]. The Court extends the deadlines for discovery, mediation and dispositive motions by ninety (90) days. The parties shall disclose any expert witnesses by February 1, 2012. Finally, the Court **RESETS** the trial in this case for the civil trial term beginning August 6, 2012.

Signed: November 30, 2011

Dennis L. Howell
United States Magistrate Judge