**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:11-cv-007**

| | |
|---|---|
| ROBERT GUNKEL AND WIFE, KIMBERLY GUNKEL, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>ROBBINSVILLE CUSTOM MOLDING, INC., A/D/B/A ROBBINSVILLE CUSTOM MOULDING AND JOHN GARLAND, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER** has come before the Court pursuant to a Joint Motion to Extend Discovery Period For Limited Purpose (#40) and also comes before the Court pursuant to Defendants' Objection, Motion to Quash Subpoena and Motion for Protective Order (#38) filed by defendants. The plaintiffs and defendants have now requested that the discovery period in the Pretrial Order and Case Management Plan be extended through September 6, 2012 for a limited purpose of enabling plaintiffs to take the deposition of defendant John Garland. The plaintiffs and defendants have agreed that no other discovery may take place during the extended period and the plaintiffs and defendants do not request an extension of any other deadlines in the Pretrial Order and Case Management Plan. It appears that in exchange, the defendants are withdrawing their Objection, Motion to Quash Subpoena and Motion for Protective Order (#38). For good cause shown, the Court will allow the motion.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Joint Motion to Extend Discovery Period for Limited Purpose (#40) is hereby **ALLOWED** and the discovery period in the Pretrial Order and Case Management Plan (#30) previously entered in this matter is hereby extended up to and including **September 6, 2012** for the sole purpose of enabling plaintiffs to take the deposition of defendant John Garland. It is further **ORDERED** that the Defendants' Objection, Motion to Quash Subpoena and Motion for Protective Order (#38) is hereby **ALLOWED to be withdrawn** and dismissed.

Signed: August 31, 2012

Dennis L. Howell
United States Magistrate Judge