IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv07

| | |
|---|---|
| ROBERT GUNKEL and wife,<br>KIMBERLY GUNKEL,<br><br>      Plaintiffs,<br><br>      vs.<br><br>ROBBINSVILLE CUSTOM MOLDING, INC.,<br>a/d/b/a ROBBINSVILLE CUSTOM<br>MOULDING and JOHN GARLAND,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendants Robbinsville Custom Molding, Inc. a/d/b/a Robbinsville Custom Moulding and John Garland and against the Plaintiffs Robert Gunkel and wife, Kimberly Gunkel.

Signed: January 10, 2013

Martin Reidinger
United States District Judge