IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv07

| | |
|---|---|
| ROBERT GUNKEL and wife, KIMBERLY GUNKEL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ROBBINSVILLE CUSTOM MOLDING, INC., a/d/b/a ROBBINSVILLE CUSTOM MOULDING and JOHN GARLAND, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendants Robbinsville Custom Molding, Inc. a/d/b/a Robbinsville Custom Moulding and John Garland and against the Plaintiffs Robert Gunkel and wife, Kimberly Gunkel.

Signed: January 10, 2013

Martin Reidinger
United States District Judge